UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Katasha Campbell Harris<br><br>DEBTOR(S)<br><br>Address: 1814 Lake Wateree Drive Florence, SC 29501<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 4490 | CASE NO: 16-05470<br><br>CHAPTER 13<br><br><br><br>MOTION TO MODIFY PLAN AFTER CONFIRMATION AND OPPORTUNITY FOR HEARING |

The Court has confirmed a chapter 13 plan in this case. The debtor moves, pursuant to 11 U.S.C. § 1329(a), and Fed. R. Bankr. P. 3015(h), to modify the confirmed plan as follows:

**Section IV Paragraph 6: Debtor to surrender 1818 Hayfield Road Darlington, SC 29532 to Ocwen Loan Serviving.**

A copy of the plan with these modifications included is attached.

TAKE NOTICE that any response, return, and/or objection to this motion should be filed with the Court no later than seven (7) days prior to the hearing date set forth below and a copy simultaneously served on the debtor, trustee, and any other affected party.

TAKE FURTHER NOTICE that no hearing will be held on this motion, except at the direction of the judge, unless a response, return, and/or objection is timely filed and served, in which case the Court will conduct a hearing on **June 1, 2018** at **10:00am**, at **J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street**, **Columbia**, **South Carolina**. No further notice of this hearing will be given.

Date: April 30, 2018

/s/ Eric S. Reed
Eric S. Reed
Reed Law Firm, P.A.
Attorney for Movant/Movant
D.C. ID# 7242
220 Stoneridge Drive, Ste 301
Columbia, SC 29210
(803)726-4888

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| IN RE: | C/A No. 16-05470 |
|---|---|
| Katasha Campbell Harris | Chapter 13 |
| Debtor(s). | **Certificate of Service** |

 The undersigned hereby certifies that she properly served the Motion to Modify Plan After Confirmation and Opportunity for Hearing to all creditors on the attached mailing matrix, by First Class Mail, postage prepaid.

April 30, 2018
/s/ Melissa D Rivers
Melissa D Rivers
Paralegal
Reed Law Firm, P.A.
220 Stoneridge Drive, Suite 301
Columbia, South Carolina 29210
(803) 726-4888

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 16-05470<br>District of South Carolina<br>Columbia<br>Mon Oct 31 14:45:37 EDT 2016 | ATTORNEY GENERAL OF THE UNITED STATES<br>DEPT OF JUSTICE, ROOM 5111<br>10TH AND CONSTITUTION AVENUE, NW<br>Washington DC 20530-0001 | BADCOCK<br>310 HARTSVILLE CROSSING BLVD<br>Hartsville SC 29550-0710 |
| Brookwood Loans<br>3440 Preston Ridge Road<br>#100<br>Alpharetta GA 30005-3822 | CAPITAL ONE AUTO FINANCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 30258<br>SALT LAKE CITY UT 84130-0258 | CARDWORKS/CW NEXUS<br>POB 9201<br>OLD BETHPAGE NY 11804-9001 |
| COMENITY BANK/ASHLEY STEWART<br>PO BOX 182124<br>COLUMBUS OH 43218-2124 | COMENITY BANK/VICTORIA SECRET<br>PO BOX 18215<br>COLUMBUS OH 43218 | COMENITY CAPITAL BANK/HSN<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| DARLINGTON COUNTY TREASURER<br>1 PUBLIC SQUARE ROOM 203<br>Darlington SC 29532-3213 | Deandre Harris<br>1814 Wateree Drive<br>Florence SC 29501 | Dress Barn<br>PO Box 65974<br>San Antonio TX 78265 |
| FED LOAN SEVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FHA<br>451 7th Street SW<br>Washington DC 20410-0001 | First Franklin<br>315 N Beltline Drive<br>Florence SC 29501-7420 |
| Katasha Campbell Harris<br>1814 Lake Wateree Drive<br>Florence, SC 29501-8144 | IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | KOHLS/CAPITAL ONE<br>PO BOX 3120<br>MILWAUKEE WI 53201-3120 |
| MERRICK BANK<br>PO BOX 1500<br>Draper UT 84020-1500 | McLeod<br>PO Box 100567<br>Florence SC 29502-0567 | NY & CO COMPANY<br>PO BOX 659728<br>San Antonio TX 78265-9728 |
| OCWEN LOAN SERVICING LLC<br>ATTN: RESEARCH DEPT<br>1661 WORTHINTONG RD STE 100<br>WEST PALM BEACH FL 33409-6493 | PAYLIANCE<br>3 EASTON OVAL STE 210<br>COLUMBUS OH 43219-6011 | PUBLIC SAVINGS BANK<br>1 CHURCH ST<br>ROCKVILLE MD 20850-4158 |
| Eric S. Reed<br>1807 West Evans St.<br>Suite B<br>Florence, SC 29501-3374 | SC Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 | SYNCHRONY BANK/ JC PENNEYS<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| SYNCHRONY BANK/WALMART<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | US ATTORNEYS OFFICE<br>JOHN DOUGLAS BARNETT ESQ<br>1441 MAIN STREET SUITE 500<br>Columbia SC 29201-2897 |

```
US Department of Veterans Affairs        US Department of Veterans Affairs        USDA
PO Box 530269                            PO Box 8079                              PO BOX 66827
Atlanta GA 30353-0269                    Philadelphia PA 19101-8079               Saint Louis MO 63166-6827



End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32
```