## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A NO. 16-05470-jw |
| KATASHA CAMPBELL HARRIS | CHAPTER 13 |
| DEBTOR(S) | **ORDER GRANTING RELIEF FROM STAY BASED UPON FAILURE TO COMPLY WITH SETTLEMENT ORDER** |

This matter comes before the Court upon the Affidavit of Default filed by Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2 ("Movant"), which indicates that Debtor(s) have failed to comply with the terms of the settlement order entered on July 7, 2017, by failing to make the payment(s) due on October 1, 2017, November 1, 2017, December 1, 2017, January 1, 2018, February 1, 2018, and March 1, 2018 in accordance with the Settlement Order. Therefore, it is

ORDERED that the automatic stay is lifted as to the security described as 1818 Hayfield Road, Darlington, SC 29532, and that Movant may proceed with its state court remedies against its security, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee;

IT IS FURTHER ORDERED that:

**X**   Based upon Debtor(s)' prior agreement to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

Pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until the expiration of 14 days after its entry.

**AND IT IS SO ORDERED.**